**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REGINALD EDWARDS and ASHLEY FACCIOLA, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>MID-HUDSON VALLEY FEDERAL CREDIT UNION,<br><br>                Defendant. | Case No. 1:22-cv-00562-TJM-CFH |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF**
**<u>CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, and (2) the Joint Declaration of Joseph I. Marchese and Jeffrey D. Kaliel, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiffs Reginald Edwards and Ashley Facciola ("Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable Thomas J. McAvoy, Senior United States District Court Judge, Northern District of New York, at the U.S. Courthouse and Federal Building, 15 Henry Street Binghamton, NY 13901, for an Order, pursuant to Federal Rule of Civil Procedure 23(e) to: (1) grant Preliminary Approval to the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(a) and 23(b)(3); (3) appoint Plaintiffs as Class Representatives; (4) approve the Notice Program and approve the form and content of the Notices attached to the Agreement as Exhibits 1 and 2; (5) approve and order the opt-out and objection procedures in the Agreement; (6) stay the Action against MHVCU pending Final Approval of the Settlement; (7) appoint Jeffrey D. Kaliel of KalielGold PLLC and Joseph I.

Marchese of Bursor & Fisher, P.A. as Class Counsel; and (8) schedule a Final Approval Hearing of the Settlement.

*  *  *

A Proposed Preliminary Approval Order is submitted herewith.

Dated:  March 7, 2023                              Respectfully submitted,

By: */s/ Jeffrey D. Kaliel*
  Jeffrey D. Kaliel

Jeffrey D. Kaliel (Bar Roll No. 518372)
KalielGold PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
jkaliel@kalielpllc.com

Sophia G. Gold (Bar Roll No. 701241)
KalielGold PLLC
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783
sgold@kalielgold.com

Joseph I. Marchese (Bar No. 4238317)
BURSOR & FISHER, P.A.
888 Seventh Ave, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

*Proposed Class Counsel*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, the foregoing was served by CM/ECF to all counsel of record.

          Respectfully submitted,

      By:/s/*Jeffrey D. Kaliel*
          Jeffrey D. Kaliel