UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINALD EDWARDS and ASHLEY FACCIOLA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MID-HUDSON VALLEY FEDERAL CREDIT UNION,<br><br>　　　　　　　　　　Defendant. | Case No. 1:22-cv-00562-TJM-CFH |

NOTICE OF MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT APPLICATION FOR ATTORNEYS' FEES AND
COSTS AND SERVICE AWARDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Peter Sperry, and (3) the Joint Declaration of Joseph I. Marchese and Jeffrey D. Kaliel, and the exhibits attached thereto, Plaintiffs Reginald Edwards and Ashley Facciola ("Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable Thomas J. McAvoy, Senior United States District Court Judge, Northern District of New York, at the U.S. Courthouse and Federal Building, 15 Henry Street Binghamton, NY 13901, for an Order, pursuant to Federal Rule of Civil Procedure 23(e) to: (1) grant Final Approval to the Settlement; (2) grant approval of class action representative service awards, (3) grant approval of attorneys' fees and costs, and (4) enter judgment in Plaintiffs' favor and close the case.

\* \* \*

A Proposed Final Approval Order is submitted herewith.

Dated: July 24, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey D. Kaliel*
　　　　　　　　　　　　　　　　　　　　　Jeffrey D. Kaliel (Bar Roll No. 518372)

KalielGold PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
jkaliel@kalielpllc.com

Sophia G. Gold (Bar Roll No. 701241)
KalielGold PLLC
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783
sgold@kalielgold.com

Joseph I. Marchese (Bar No. 4238317)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2023, the foregoing was served by CM/ECF to all counsel of record.

        Respectfully submitted,

      By:*/s/ Jeffrey D. Kaliel*
        Jeffrey D. Kaliel